DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN DUANE HICKMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:10-cr-00246-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| KEVIN DUANE HICKMAN, | ) | |
| | ) | Date: September 2, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, and CARO MARKS, attorney for KEVIN DUANE HICKMAN, that the status conference hearing date of August 5, 2010 be vacated, and the matter be set for status conference on September 2, 2010 at 10:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review the discovery, discuss it with the defendant, and determine the need for further research and/or investigation.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 2, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

Code T4 based upon continuity of counsel and defense preparation.

DATED: August 3, 2010.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Caro Marks
                                          CARO MARKS
                                          Designated Counsel for Service
                                          Attorney for Kevin Duane Hickman


DATED: August 3, 2010.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Caro Marks for
                                          MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 5, 2010, status conference hearing be continued to September 2, 2010, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 2, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: August 3, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE