1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KEVIN DUANE HICKMAN
6

7
                IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  NO. CR.S-10-246-MCE
11                                 )
              Plaintiff,           )     **AMENDED**
12                                 )     **STIPULATION AND ORDER;**
        v.                         )  **CONTINUING STATUS CONFERENCE**
13                                 )       **AND EXCLUDING TIME**
   KEVIN DUANE HICKMAN,            )
14                                 )  Date: September 9, 2010
              Defendant.           )  Time: 9:00 a.m.
15 _____ )  Judge: Hon. Morrison C. England Jr.

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, MICHELLE RODRIGUEZ, Assistant United States
18
   Attorney, and CARO MARKS, attorney for KEVIN DUANE HICKMAN, that the
19
   status conference hearing date of September 2, 2010 be vacated, and the
20
   matter be set for status conference on September 9, 2010 at 9:00 am..
21
        The reason for this continuance is to allow defense counsel
22
   additional time to review the discovery, discuss it with the defendant,
23
   determine the need for further research and/or investigation, and
24
   review the plea agreement offered by the government.
25
        Based upon the foregoing, the parties agree that the time under
26
   the Speedy Trial Act should be excluded from the date of signing of
27
   this order through and including September 9, 2010 pursuant to 18
28

U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: September 8, 2010.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Caro Marks
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for Kevin Duane Hickman

DATED: September 8, 2010.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Caro Marks for
                                             MICHELLE RODRIGUEZ
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 2, 2010, status conference hearing be continued to September 9, 2010, at 9:00 am.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 9, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: September 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3