IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 2:10-cr-0246 MCE |
| Plaintiff, ) | **O R D E R** |
| ) | **APPOINTING COUNSEL** |
| vs. ) | |
| KEVIN DUANE HICKMAN, ) | |
| Defendant. ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  18 USC § 3583 – Revocation of Supervised Release

Michael Long of the CJA panel  is hereby appointed to represent the defendant effective October 28, 2013.

IT IS SO ORDERED.

Dated:  October 29, 2013

*[signature: Dale A. Drozd]*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.criminal\hickman0246.aoc.ord.docx

ORDER APPOINTING COUNSEL            1